OPINION — AG — THE COUNTY SHERIFF IS AUTHORIZED TO CHARGE AND COLLECT ONE HALF OF THE RATES SET FORTH IN 28 O.S. 39 [28-39] (TAX WARRANTS) FOR COLLECTIONS MAE BY HIM WITHOUT SALE UNDER EITHER A TAX WARRANT OR AN ALIAS TAX WARRANT, SAME, WHEN COLLECTED, TO BE DEPOSITED IN THE COUNTY TREASURY, AS PROVIDED BY LAW. (DELINQUENT TAXES) CITE: 68 O.S. 354 [68-354], 68 O.S. 356 [68-356] (FRED HANSEN)